NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESTATE OF ALBERT P. SCHULTZ, BY, BONNIE SCHULTZ, REPRESENTATIVE,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-2131

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-01011-EHM, Judge Edward H. Meyers.

---

## JUDGMENT

---

ALEXANDER SCHULTZ, Lake Worth, FL, argued for plaintiffs-appellants.

ANNE DELMARE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, STOLL, *Circuit Judges*, and OETKEN, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 9, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]     Honorable J. Paul Oetken, District Judge, United States District Court for the Southern District of New York, sitting by designation.